Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BARBARA JENKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:26-CV-01481-YGR<br><br>**STIPULATION EXTENDING DEADLINE FOR GOOGLE LLC'S RESPONSE TO CLASS ACTION COMPLAINT**<br><br>Current Response Date: May 26, 2026<br>New Response Date: July 26, 2026 |

1

STIPULATION EXTENDING DEADLINE FOR GOOGLE LLC'S RESPONSE TO CLASS ACTION
COMPLAINT

Pursuant to Local Rule 6-1(a), the Parties hereby stipulate to extend the deadline for Google LLC ("Google") to answer or otherwise respond to the Class Action Complaint ("Complaint"). In support of this stipulation, the Parties state as follows:

**WHEREAS**, Plaintiff Barabra Jenkins ("Plaintiff") filed her Complaint on February 19, 2026 (Dkt. 1) (the "*Jenkins* Action");

**WHEREAS**, Plaintiff served Google on February 25, 2026 (Dkt. 7);

**WHEREAS**, on March 18, 2026, the Parties stipulated to extend Google's deadline to answer or otherwise respond to Plaintiff's Complaint to March 24, 2026 (Dkt. 9);

**WHEREAS**, on March 23, 2026, the Parties stipulated to extend Google's deadline to answer or otherwise respond to Plaintiff's Complaint to May 26, 2026 (Dkt. 13);

**WHEREAS**, the Parties have met and conferred regarding the deadline for Google to answer or otherwise respond to the Complaint, and have agreed to extend that deadline by 60 days pending the resolution of the relatedness issues described in the Parties' Joint Stipulated Request for an Order Staying the Case (Dkt. 16), which agreement they respectfully submit to the Court under this Stipulation; and

**WHEREAS,** this is the Parties' third modification to Google's deadline to answer or otherwise respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that Google's deadline to respond to the Complaint shall be due on July 26, 2026.

Dated:  May 20, 2026

*/s/ Benjamin S. Softness*
Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

STIPULATION EXTENDING DEADLINE FOR GOOGLE LLC'S RESPONSE TO CLASS ACTION COMPLAINT

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

/s/ William J. Edelman
William J. Edelman (SBM 285177)
wedelman@milberg.com
**MILBERG, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (771) 474-1121

Heather M. Lopez (SBN: 354022)
hlopez@milberg.com
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (331) 240-3015

*Attorneys for Plaintiff*

STIPULATION EXTENDING DEADLINE FOR GOOGLE LLC'S RESPONSE TO CLASS ACTION COMPLAINT

**CIV. L.R. 5-1(i)(3) ATTESTATION**

I, Benjamin S. Softness, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:  */s/ Benjamin S. Softness*
Benjamin S. Softness

STIPULATION EXTENDING DEADLINE FOR GOOGLE LLC'S RESPONSE TO CLASS ACTION
COMPLAINT